# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL VALLEY HOSPITALITY, LLC,<br><br>　　　　Defendant. | Case No.  1:21-cv-01079-NONE-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO FEBRUARY 14, 2022 AT 2:00 P.M. |

　　　　Plaintiff Fernando Gastelum filed a complaint in this action on July 12, 2021. (ECF No. 1.)  A scheduling conference is currently set in this matter for November 19, 2021.  (ECF No. 9.)  On November 15, 2021, Plaintiff filed a request for entry of default.  (ECF No. 13.)  Due to no answer being filed by Defendant, and the request for entry of default, the Court shall continue the scheduling conference in this matter.

　　　　Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently set for November 19, 2021, is CONTINUED to **February 14, 2022, at 2:00 p.m.**

IT IS SO ORDERED.

Dated:　**November 16, 2021**　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1