1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | FERNANDO GASTELUM,

12          Plaintiff,

13    v.

14 | CENTRAL VALLEY HOSPITALITY LLC
dba FAIRFIELD INN & SUITES BY

15 | MARRIOTT BAKERSFIELD CENTRAL,

16          Defendant.

Case No.  1:21-cv-01079-JLT-SAB

ORDER VACATING JUNE 1, 2022
HEARING ON PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT

(ECF Nos. 20, 21, 23)

17

18

19      Currently before the Court is Plaintiff's motion for default judgment, currently set for

20 hearing on June 1, 2022.  (ECF Nos. 20, 21, 23.)  Having considered the moving papers, the

21 supplemental briefing filed on April 22, 2022, as well as the Court's file, the Court finds this

22 matter suitable for decision without further oral argument.  See Local Rule 230(g).  Accordingly,

23 the hearing set for June 1, 2022, will be vacated and the parties will not be required to appear at

24 that time.

25 ///

26 ///

27 ///

28 ///

1    Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for

2    default judgment set for June 1, 2022, at 10:00 a.m. in Courtroom 9, is HEREBY VACATED.

3

4    IT IS SO ORDERED.

5    Dated:   **May 26, 2022**

      _____
      UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28