# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>          Plaintiff,<br><br>     v.<br><br>CENTRAL VALLEY HOSPITALITY, LLC,<br><br>          Defendant. | Case No. 1:21-cv-01079-JLT-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS ON OR BEFORE SEPTEMBER 12, 2022<br><br>(ECF No. 30) |

On August 22, 2022, Plaintiff filed a notice of settlement of this action. (ECF No. 30.) "Upon such notification of disposition or resolution of an action or motion, the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause." L.R. 160(b). Accordingly, the Court shall vacate all pending dates and matters, including the: motion for default judgment filed March 21, 2022 (ECF No. 30); the findings and recommendations issued June 9, 2022 (ECF No. 25); the motion to accept new proof of service filed June 27, 2022 (ECF No. 26); the amended findings and recommendations issued July 7, 2022 (ECF No. 27); the motion to accept new proof of service filed July 20, 2022 (ECF No. 28); and the second amended findings and recommendations issued August 9, 2022 (ECF No. 29). The Court shall order Plaintiff to file dispositional documents within twenty-one (21) days from the date the notice was filed with the Court.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Plaintiff shall file dispositional documents on or before September 12, 2022.

IT IS SO ORDERED.

Dated: __**August 23, 2022**__                                     _____
                                                                                             UNITED STATES MAGISTRATE JUDGE