1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  FERNANDO GASTELUM, | Case No. 1:21-cv-01079-JLT-SAB |
| 12                Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY |
| 13          v. | |
| 14  CENTRAL VALLEY HOSPITALITY, LLC, | (ECF No. 31) |
| 15 | |
| 16                Defendant. | **DEADLINE: SEPTEMBER 16, 2022** |

17

18        Plaintiff Fernando Gastelum initiated this action on July 12, 2021.  (ECF No. 1.)  On

19   August 9, 2022, the Court issued amended findings and recommendations that Plaintiff's pending

20   motion for default judgment be denied.  On August 22, 2022, Plaintiff filed a notice of settlement.

21   (ECF No. 30.)  Accordingly, the Court vacated the findings and recommendations and all other

22   matters and ordered Plaintiff to file dispositional documents by September 12, 2022.  (ECF No.

23   31.)  The Court notes that the deadline to file dispositional documents has expired, but nothing

24   has been filed.

25        Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules

26   or with any order of the Court may be grounds for imposition by the Court of any and all

27   sanctions … within the inherent power of the Court."  The Court has the inherent power to

28   control its docket and may, in the exercise of that power, impose sanctions where appropriate,

1

including dismissal of the action.  Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall require Plaintiff to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the Court's August 23, 2022 order (ECF No. 31).

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff shall show cause in writing **no later than September 16, 2022**, why **monetary sanctions** should not issue for the failure to file dispositional documents as required by the August 23, 2022 order; and

2.      Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **September 13, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

2